**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA DOUGLAS,

      Plaintiff,

                                 CASE #6:15-cv-1185-Orl-22TBS

v.

KOHL'S DEPARTMENT STORES, INC.,

      Defendant.

                                     /

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 2.02, Defendant respectfully moves this Court for special admission of attorney Michael A. Innes to appear *pro hac vice* for the purpose of serving as co-counsel for Defendant in this case only, and states:

1.    Frank S. Harrison ("**Local Counsel**") is an attorney admitted to practice before this Court and will serve as local counsel.

2.    Michael Innes ("**Visiting Attorney**") is an attorney with the law firm of Kelley Drye & Warren LLP,  One Jefferson Road, 2nd Fl., Parsippany, New Jersey, 07054.

3.    Visiting Attorney is not a resident of Florida and does not appear in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida. Visiting Attorney is a member in good standing of the Bar in the States of New Jersey and New York, as well as the federal district court(s) for the District Court of New Jersey.

4.    Visiting Attorney has designated Local Counsel, who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct

NJ01\InneM\233750.1

of this case, upon whom papers may be served (at the address in the signature block herein), and who will be responsible for the progress of this case, including the trial in the default of the non-resident attorney.

5.      Visiting Attorney certifies that he has obtained a copy of and agrees to comply with the Local Rules of this Court.  Visiting Attorney certifies that he has satisfied the requirements set forth in Local Rule 2.01(d).

6.      In accordance with Local Rule 3.01(g) undersigned counsel certifies that he conferred with counsel for Plaintiff and he does not oppose Defendant's motion.

**WHEREFORE**, Defendant respectfully requests that this Court enter an order admitting Visiting Attorney *pro hac vice* for this case.

Dated:  December 8, 2015.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael A. Innes* | /s/  Frank S. Harrison |
| Michael A. Innes, NJBN 32492008 | Frank S. Harrison, FBN 99438 |
| KELLEY DRYE & WARREN LLP | BUCHANAN INGERSOLL & ROONEY PC |
| One Jefferson Road, 2nd Fl. | P.O. Box 1438 |
| Parsippany, New Jersey 07054 | Tampa, FL  33601 |
| Tel: (973) 503-5900 | Tel: (813) 228-7411 |
| Fax: (973) 503-5950 | Fax: (813) 229-8313 |
| minnes@kelleydrye.com | frank.harrison@bipc.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive notice via CM/ECF on December 8, 2015.

/s/  Frank S. Harrison
Florida Bar No. 99438

2