UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA DOUGLAS,

    Plaintiff,

v.                                               Case No: 6:15-cv-1185-Orl-22TBS

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

## ORDER

Defendant's Unopposed Motion for Admission *Pro Hac Vice* of attorney Michael A. Innes (Doc. 25) and Unopposed Motion for Admission *Pro Hac Vice* of attorney Lauri Mazzuchetti (Doc. 26) are **GRANTED**. Attorneys Michael A. Innes and Lauri Mazzuchetti are admitted to appear *pro hac vice* on behalf of Defendant. Both attorneys are affiliated with Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, New Jersey 07054.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). Within ten (10) days of the date of this Order, Mr. Innes and Ms. Mazzuchetti shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.

Pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of

Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. F$_{LA}$. R. 2.02(c).

Attorney Frank S. Harrison, a member of the bar of this Court whose address is Post Office Box 1438, Tampa, Florida 33601 has consented to the designation of local counsel. Mr. Harrison shall accept service of all notices and papers on behalf of Defendant and is responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record