**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA DOUGLAS,

    Plaintiff,

CASE #6:15-cv-1185-Orl-22TBS

v.

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.
_____/

**UNOPPOSED**
**MOTION FOR PERMISSION FOR MEREDITH WILKERSON TO BRING PERSONAL ELECTRONIC DEVICES TO SETTLEMENT CONFERENCE**

Pursuant to Section 2.1 of this Court's General Order 6:13-mc-94-orl-22, Defendant respectfully requests permission for Defendant's in-house general counsel, Ms. Meredith Wilkerson, Esq., to bring personal electronic devices (consisting of a laptop and a smartphone) into the courthouse on December 11, 2015 at 10:30 a.m. through the rest of that business day for general use at a settlement conference, and states:

    1.    A settlement conference is currently scheduled before the Honorable Magistrate Judge Baker on Friday, December 11, 2015.

    2.    Ms. Wilkerson, as a practicing attorney and in-house general counsel for Defendant, will be flying in from Wisconsin to attend the settlement conference and flying directly back following the settlement conference on December 11, 2015.

    3.    Ms. Wilkerson will be participating in the settlement conference and would be benefitted from the ability to use her laptop and smartphone.

4.Ms. Wilkerson's laptop and smartphone will not be used for any disruptive or inappropriate purpose, and no party will be prejudiced by her ability to use the same.

5.Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Plaintiff's counsel who is not opposed to the instant motion.

**WHEREFORE**, Defendant respectfully requests that this Court enter and order permitting Ms. Wilkerson to bring her laptop and smartphone into the courthouse on December 11, 2015 between 10:30 a.m. and close of business that day for general use at the settlement conference.

Dated:  December 10, 2015.

Respectfully submitted,

/s/  Frank S. Harrison
Frank S. Harrison, FBN 99438
BUCHANAN INGERSOLL & ROONEY PC
P.O. Box 1438
Tampa, FL  33601
Tel: (813) 228-7411
Fax: (813) 229-8313
frank.harrison@bipc.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive notice via CM/ECF on December 10, 2015.

/s/  Frank S. Harrison
Florida Bar No. 99438