# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA DOUGLAS,**

    **Plaintiff,**

**v.**           Case No:   6:15-cv-1185-Orl-22TBS

**KOHL'S DEPARTMENT STORES, INC.,**

    **Defendant.**

## ORDER

An attorney in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring laptop computers and electronic equipment into the George C. Young United States Courthouse for use in connection with the settlement conference in this case, it is **ORDERED** as follows:

1. Meredith Wilkerson, Esq. is allowed to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use during the settlement conference.

2. Meredith Wilkerson, Esq. is hereby granted permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse on **FRIDAY, December 11, 2015**, for use in the trial before the undersigned judicial officer scheduled to begin at 10:00 A.M..

3. Meredith Wilkerson, Esq. shall present a copy of this order to personnel each time she enters the courthouse with such equipment.  In their discretion, courthouse security personnel may require Meredith Wilkerson, Esq. to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Orlando, Florida on December 10, 2015.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers