# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

---

**PATRICIA DOUGLAS,**

        Plaintiff,

v.                                        Case No: 6:15-cv-1185-Orl-22TBS

**KOHL'S DEPARTMENT STORES, INC.,**

        Defendant.

| UNITED STATES MAGISTRATE JUDGE: | David A. Baker | COUNSEL FOR PLAINTIFF | Tav Gomez |
|---|---|---|---|
| DEPUTY CLERK: | Helyn LaTorre | | |
| RECORDING | Digital | COUNSEL FOR DEFENDANT: | Frank Harrison<br>Michael Innes |
| DATE/TIME: | December 11, 2015<br>10:15 A.M. - 12:20 P.M. | | |
| TOTAL TIME: | 2 hours 5 minutes | | |

## CLERK'S MINUTES
### Settlement Conference

Case called, appearances taken
Procedural setting by court
Opening statement regarding settlement by plaintiff
Opening argument by defense
Recording regarding litigation played in open court
Plaintiff counsel comments on recording
Court meets individually with parties to discuss settlement
Parties reached an impasse