**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA DOUGLAS,

      Plaintiff,

v.                                  Case No:   6:15-cv-1185-Orl-22TBS

KOHL'S DEPARTMENT STORES,
INC.,

      Defendant.

**ORDER**

On October 22, 2015 this Court entered its Case Management and Scheduling Order designating Frank H. Kerney, III as Lead Counsel pursuant to Local Rule 9.04(a)(3) and requiring "Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of the date of this Order advising of the date." (Doc. 18).   Counsel has failed to file the Notice of Mediation Conference.

Based on the foregoing, it is ordered as follows:

1.     No later than February 18, 2016, Mr. Kerney shall show cause as to why he should not be sanctioned for failure to comply with this Court's Order, and shall file the required Notice.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2016.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties