# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**PATRICIA DOUGLAS,**

      **Plaintiff,**

v.                                     **Case No:  6:15-cv-1185-Orl-22TBS**

**KOHL'S DEPARTMENT STORES, INC.,**

      **Defendant.**

| **UNITED STATES MAGISTRATE JUDGE:** | Thomas B. Smith | **COUNSEL FOR PLAINTIFF:** | Frank H. Kerney , III<br>William Peerce Howard |
|---|---|---|---|
| **DEPUTY CLERK:** | Trish LeGros | | |
| **RECORDING:** | Digital | **COUNSEL FOR DEFENDANT:** | Frank Stuart Harrison<br>Michael A. Innes |
| **DATE/TIME:**<br>**TOTAL TIME:** | March 8, 2016<br>11:00 A.M.- 11:20 A.M.<br>20 minutes | | |

# CLERK'S MINUTES
# TELEPONIC MOTION HEARING (Doc. 35)

Case called, appearances made, procedural setting by the Court.
Defense counsel argues motion; Plaintiff responds.
Court addresses parties; Order to enter

Court adjourned.