UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA DOUGLAS,

     Plaintiff,

v.                                                                    Case No:   6:15-cv-1185-Orl-22TBS

KOHL'S DEPARTMENT STORES, INC.,

     Defendant.

_____

## ORDER

     For the reasons stated on the record at the hearing held March 8, 2016,

Defendant's Expedited Motion for Protective Order Regarding Deposition Noticed for

March 10, 2016 (Doc. 35) is **DENIED**.   The Court expects the parties to adhere to the

deposition schedule stated at the end of the hearing.

     **DONE** and **ORDERED** in Orlando, Florida on March 8, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record