UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA DOUGLAS,

    Plaintiff,

v.                                        Case No. 6:15-CV-1185-ORL-22TBS

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.
_____/

## NOTICE OF FINALIZING SETTLEMENT

**PLAINTIFF,** PATRICIA DOUGLAS, by and through her undersigned counsel, hereby submits this Notice of Finalizing Settlement pursuant to the Court's order dated August 24, 2016 (Doc. 78), and states that the Plaintiff, PATRICIA DOUGLAS, and the Defendant, KOHL'S DEPARTMENT STORES, INC., have reached a settlement with regard to this case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record

                                  Respectfully submitted,

                                  *s/William Peerce Howard*
                                  William Peerce Howard, Esquire
                                  Florida Bar No. 0103330
                                  Billy@TheConsumerProtectionFirm.com
                                  Amanda J. Allen, Esquire
                                  Florida Bar No. 98228
                                  Amanda@TheConsumerProtectionFirm.com
                                  The Consumer Protection Firm, PLLC
                                  210 A South MacDill Avenue
                                  Tampa, FL 33609
                                  Tele:  (813) 500-1500
                                  Fax:  (813) 435-2369
                                  Attorney for Plaintiff